UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JIM IVAN MOORE, JR., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:23-CV-00449-SDJ-AGD |
| v. | § | |
| | § | |
| COMMISSIONER, SSA, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act, (Dkt. #17), and Defendant's Response, (Dkt. #18), wherein Defendant states there is no objection to Plaintiff's request, finds that Plaintiff's Motion is well taken and should be granted.

It is therefore **ORDERED** that Plaintiff's Motion, (Dkt. #17), is **GRANTED**, and the Commissioner is directed to pay eight thousand nineteen dollars and thirty-one cents ($8,019.31) as reasonable attorney's fees, and four hundred two dollars and zero cents ($402.00) as costs. Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel.

**So ORDERED and SIGNED this 30th day of April, 2025.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE